UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| EVERGREEN MONEYSOURCE MORTGAGE COMPANY d/b/a EVERGREEN HOME LOANS, a Washington company,<br><br>Plaintiff,<br><br>v.<br><br>AXIS INSURANCE COMPANY, a foreign insurance company,<br><br>Defendant. | Case No.: 2:18-cv-500<br><br>Washington State Superior Court for King county No. 18-2-05098-7 SEA<br><br>DEFENDANT AXIS INSURANCE COMPANY'S NOTICE OF REMOVAL UNDER 28 U.S.C. 1441(B) (DIVERSITY)<br><br>**[CLERK'S ACTION REQUIRED]**<br><br>**JURY TRIAL DEMANDED** |

Defendant AXIS Insurance Company ("Defendant"), by and through counsel, states as follows:

**Removal of State Court Action**: Defendant hereby exercises its right under 28 U.S.C. §§ 1441 et seq. to remove this action from the Superior Court for the State of Washington in King County, styled *Evergreen Moneysource Mortgage Company d/b/a Evergreen Home Loans v. AXIS Insurance Company*, Cause No. 18-2-05098-7 SEA (the "State Court Action").

**Removal is Timely**: On February 22, 2018, Plaintiff Evergreen Moneysource Mortgage Company d/b/a Evergreen Home Loans ("Plaintiff") filed its Complaint (the

DEFENDANT AXIS INSURANCE COMPANY'S NOTICE OF REMOVAL UNDER 28 U.S.C. 1441(B) DIVERSITY) - 1

LAW OFFICES OF
**COZEN O'CONNOR**
A PROFESSIONAL CORPORATION
999 THIRD AVENUE
SUITE 1900
SEATTLE, WASHINGTON 98104
(206) 340-1000

LEGAL\34992220\2

"Complaint") in the State Court Action.  Plaintiff served the Insurance Commissioner of the State of Washington on February 28, 2018.  Defendant actually received the Complaint on March 5, 2018.  Accordingly, removal is timely under 28 U.S.C. § 1446(b).

**Record in State Court**:  The following documents encompass all of the documents on file in the State Court Action as reflected on the State Court's docket as of April 4, 2018:

1. Complaint
2. Order Setting Civil Case Schedule
3. Case Information Cover Sheet
4. Summons
5. Affidavit of Service
6. Affidavit of Service
7. First Amended Complaint

Attached hereto as Exhibit 1 through Exhibit 7 are true and correct copies of all pleadings that Defendant obtained either from the King County Superior Court or from the Insurance Commissioner.

**Nature and Description of Case**:  This is a civil action concerning insurance coverage.  Plaintiff seeks coverage from Defendant for another lawsuit filed against Plaintiff by Jared Acosta (the "Acosta Suit").

**Basis for Federal Court Jurisdiction – Diversity**:  This is a civil action over which this Court has original jurisdiction pursuant to 28 U.S.C. §1332 and is one which may be removed to this court by Defendant pursuant to 28 U.S.C. §1441(b).

Plaintiff Evergreen Moneysource Mortgage Company d/b/a Evergreen Home Loans is a corporation organized under the laws of Washington with its principal place of business located in Bellevue, Washington.  First Am. Compl., Ex. 7, ¶1.1.  Defendant is an insurer organized under the laws of Illinois with its principal place of business in Chicago, IL.  Therefore, diversity of citizenship exists.

DEFENDANT AXIS INSURANCE COMPANY'S NOTICE OF REMOVAL UNDER 28 U.S.C. 1441(B) DIVERSITY) - 2

LAW OFFICES OF
**COZEN O'CONNOR**
A PROFESSIONAL CORPORATION
999 THIRD AVENUE
SUITE 1900
SEATTLE, WASHINGTON 98104
(206) 340-1000

LEGAL\34992220\2

1  Plaintiff alleges that Defendant should have settled the Acosta Suit for the $1 million
2  policy limit following Mr. Acosta's $2.7 million demand. *See* Ex. 7, ¶3.27. Plaintiff asserts
3  that Defendant should now be estopped from disclaiming coverage for the entire Acosta suit,
4  regardless of actual coverage or the policy limit. *See id.* at ¶4.17. Plaintiff seeks other "direct,
5  incidental and consequential damages" and treble damages. *Id.* at p. 11. Accordingly, the
6  amount in controversy exceeds $75,000 exclusive of interest and costs.

**Consent of All Defendants**: Defendant AXIS Insurance Company is the only defendant in this action.

**Concurrent Notice to State Court**: Defendant is concurrently filing a copy of this Notice of Removal with the Court of the Clerk of the Superior Court of Washington in and for King County, pursuant to 28 U.S.C. § 1446(d).

**Intradistrict Assignment**: Defendant is removing this action to the Seattle Division because the State Court Action was filed in the Superior Court for King County in Seattle. Based on its allegations in the Complaint, Plaintiff concurs that its claim arose in King County. *See* Ex. 7, at ¶2.1.

WHEREFORE, Defendant asks that this action be removed from the Superior Court of Washington for King County to the United States District Court for the Western District of Washington at Seattle.

DATED this 4th day of April, 2018.

COZEN O'CONNOR

By:  *Thomas M. Jones*
Thomas M. Jones, WSBA No. 13141
Cozen O'Connor
999 Third Avenue, Suite 1900
Seattle, Washington 98104
Telephone: 206.340.1000
Toll Free Phone: 800.423.1950
Facsimile: 206.621.8783
E-mail:  tjones@cozen.com

DEFENDANT AXIS INSURANCE COMPANY'S NOTICE OF REMOVAL UNDER 28 U.S.C. 1441(B) DIVERSITY) - 3

LAW OFFICES OF
**COZEN O'CONNOR**
A PROFESSIONAL CORPORATION
999 THIRD AVENUE
SUITE 1900
SEATTLE, WASHINGTON 98104
(206) 340-1000

LEGAL\34992220\2

1
2
3
4
5
                                                                                        By:   *Jonathan Toren*
                                                                    Jonathan Toren, WSBA No. 46896
Cozen O'Connor
999 Third Avenue, Suite 1900
Seattle, Washington 98104
Telephone: 206.340.1000
Toll Free Phone: 800.423.1950
Facsimile: 206.621.8783
E-mail:   jtoren@cozen.com

*Attorneys for Defendant Axis Insurance Company*

6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

DEFENDANT AXIS INSURANCE COMPANY'S NOTICE OF REMOVAL UNDER 28 U.S.C. 1441(B) DIVERSITY) - 4

LAW OFFICES OF
**COZEN O'CONNOR**
A PROFESSIONAL CORPORATION
999 THIRD AVENUE
SUITE 1900
SEATTLE, WASHINGTON 98104
(206) 340-1000

LEGAL\34992220\2

**CERTIFICATE OF SERVICE**

I hereby certify that on April 4, 2018, I electronically filed the foregoing documents with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

DATED this 4th day of April, 2018.

                              COZEN O'CONNOR

By:   */s/ Bonnie L. Buckner*
      Bonnie L. Buckner, Legal Secretary
      Cozen O'Connor
      999 Third Avenue, Suite 1900
      Seattle, Washington 98104
      Telephone: 206.340.1000
      Toll Free Phone: 800.423.1950
      Facsimile: 206.621.8783
      Email: bbuckner@cozen.com

DEFENDANT AXIS INSURANCE COMPANY'S NOTICE OF REMOVAL UNDER 28 U.S.C. 1441(B) DIVERSITY) - 5

LAW OFFICES OF
**COZEN O'CONNOR**
A PROFESSIONAL CORPORATION
999 THIRD AVENUE
SUITE 1900
SEATTLE, WASHINGTON 98104
(206) 340-1000

LEGAL\34992220\2